IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DENNIS MOSS                                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:13-CV-00167-SA-DAS

ALCORN COUNTY, MISSISSIPPI                                                           DEFENDANT

## ORDER

Pursuant to a memorandum opinion issued this day, the Court finds Defendant's Motion for Summary Judgment [51] is GRANTED. Plaintiff has failed to meet his prima facie burden with regard to his claim for First Amendment retaliation and the same is dismissed with prejudice. Because no federal claims remain, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim, which is dismissed without prejudice.

SO ORDERED on this, the 2nd day of February, 2015.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE